United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    MELODIE MEYER,                              Case No.  14-cv-02259-VC
                 Plaintiff,
8
9         v.                                     **ORDER GRANTING MOTION TO
                                                 TRANSFER**
10   ONEWEST BANK F.S.B., et al.,
                                                 Re: Dkt. Nos. 25, 26, 29, 30 and 53
     Defendants.
11
12
13       On May 15, 2014, plaintiff Melodie Meyer brought a putative class action lawsuit against

14   defendants One West Bank, F.S.B., and American Security Insurance Company. Meyer's suit

15   challenges the placement of lender-placed flood insurance on her property. Over ten months prior,

16   plaintiff Peter Maloney filed a similar putative class action against defendant One West Bank in

17   the Central District of California. Meyer is an absent class member in the putative class action

18   brought by Maloney.

19       One West Bank has moved to transfer the Meyer action to the Central District of

20   California. Because the *Maloney* case was filed first, and because the parties and issues are

21   similar, the motion to transfer is granted pursuant to the "first to file" rule. *See Schwartz v. Frito-*

22   *Lay N. Am.*, 2012 WL 8147135, *3 (N.D. Cal. Sept. 12, 2012).

23       Maloney's motion to intervene is denied as moot, as is the parties' stipulation and proposed

24   order regarding ADR.

25       The clerk is directed to transfer the matter to the Central District of California and to close

26   the file.

27
28       **IT IS SO ORDERED.**

Dated: July 28, 2014

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

2